FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 20 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| **LOUISE ROUNDS** | **PLAINTIFF** |
| v. | No. 5:12-cv-276-DPM |
| **SOUTHERN HERITAGE HEALTH AND REHABILITATION, LLC** | **DEFENDANT** |

## ORDER

In studying the summary judgment record, I've learned about the involvement of the United Food and Commercial Service Workers Union. I used to represent this Union. *E.g., United Food and Commercial Workers International Union v. Wal-Mart Stores, Inc.*, 353 Ark. 902, 120 S.W.3d 89 (2003); *Wal-Mart Stores, Inc. v. National Labor Relations Board*, 400 F.3d 1093 (8th Cir. 2005). And the UFCW is on my recusal list. I'm concerned that a person might reasonably question my impartiality on the merits here. I will therefore recuse unless both parties notify the clerk in writing by 27 October 2014 that any disqualification is waived. Please do not file or send me a copy of your letter to the Clerk about this. He will make a docket entry after hearing from both sides.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2014