IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                     PLAINTIFF

v.                                        No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                           DEFENDANT

ORDER

I note the Clerk's report on the recusal issue.  Based on the parties'

waivers, I'll stay on the case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2014