IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                           PLAINTIFF

v.                                  No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                               DEFENDANT

ORDER

For the reasons stated on the record at the hearing on 20 November 2014, Rounds's motion to recuse, № 78, is denied. Rounds's motion in limine, № 61, is denied without prejudice as moot. Southern Heritage's motion in limine, № 63, is granted by agreement on references to the other wage and hour case and any remarks about counsel for Southern Heritage's law firm and otherwise denied without prejudice as moot.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

_20 November 2014_