IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LOUISE ROUNDS**                                                                 **PLAINTIFF**

v.                                         No. 5:12-cv-276-DPM

**SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC**                                              **DEFENDANT**

# ORDER

For reasons the Court will explain on the record at the pretrial Monday morning, Southern Heritage's motion in limine, № 83, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2014