IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                                                    PLAINTIFF

v.                                        No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                                                      DEFENDANT

## JUDGMENT

**1.** The Court enters judgment for Louise Rounds against Southern Heritage Health and Rehabilitation, LLC on Rounds's FMLA-entitlement claim about denied leave in the summer of 2011 for $1013.96, for post-judgment interest as provided by law, and for costs and reasonable attorney's fees as the Court may later allow on timely motion. Post-judgment interest will accrue at 0.22% per annum from today until this Judgment is paid. 28 U.S.C. § 1961(a)–(b).

**2.** All Rounds's other claims are dismissed with prejudice. № 76.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2015