IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                                      PLAINTIFF

v.                                    No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                                           DEFENDANT

ORDER

Southern Heritage's appeal-related motion, № 108, is granted as modified. FED. R. CIV. P. 62(d). The Court stays execution on its 12 January 2015 Judgment. Southern Heritage shall deposit $2,000.00 into the registry of this Court by 13 February 2015. The Court directs the Clerk to hold the funds in an interest-bearing account. After the Court resolves the fee issues, the Court will fix the final amount needed to support *supersedeas*. If Southern Heritage believes that the deposit or any bond need not cover any fee award, it should provide supporting authority in its brief about Ms. Harris's fees. The Court will direct the Clerk to issue *supersedeas* after we've tied up the particulars on fees, costs, and interest, and after Southern Heritage provides surety in a final amount and form.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 February 2015