IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                                                    PLAINTIFF

v.                                        No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                                                      DEFENDANT

## AMENDED JUDGMENT

The Court amends its Judgment, № 103. Louise Rounds shall have Judgment against Southern Heritage Health and Rehabilitation, LLC for $18,827.44. This total includes:

| | |
|---|---|
| Jury Award | $1,013.96 |
| Costs | + $2,314.48 |
| Attorney's Fees | +$15,500.00 |
| Total | $18,827.44 |

This Amended Judgment shall accrue interest at .22% per annum from today until paid. 28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

6 March 2015