IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                    PLAINTIFF

v.                          No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                             DEFENDANT

ORDER

Both new motions for costs are denied as too late in the circumstances. The Court deferred entering judgment for approximately a month so the parties could confer about fee-and-costs issues, and possibly resolve them. Their minds didn't meet. So the Court entered Judgment, № 103, received comprehensive briefs and materials on fees and costs, № 105, 106, 107, & 109, resolved the disputed issues, № 115, and entered an Amended Judgment. № 116. While there doesn't appear to be a hard deadline to seek costs, the reasonable time to do so in this case was promptly after the Court's January 2015 Judgment. *Reece v. Bank of New York Mellon*, 760 F.3d 771, 779 n. 8 (8th Cir. 2014). Neither Rounds's inadvertent omission of one deposition from her original request, nor Southern Heritage's somewhat novel request for costs connected with the many issues on which it won summary judgment

in November 2014, provides a sufficient reason to keep litigating costs now.

Motions, № *117 & 118*, denied.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

10 April 2015