IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                                    PLAINTIFF

v.                                       No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                                         DEFENDANT

## ORDER

The time for any party to appeal the Court's rulings in this case appears to have expired. And no appeal has been taken. Rounds is entitled to have the Amended Judgment satisfied from the money in the Court's registry, with any balance being refunded to Southern Heritage. The Court therefore directs the parties to confer, do the math, and report to the Court by 18 May 2015. A satisfaction of Judgment will also need to be prepared. Rounds's motion to invest funds, № 123, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2015