IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE ROUNDS                                                                                         PLAINTIFF

v.                                         No. 5:12-cv-276-DPM

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC                                                                         DEFENDANT

ORDER

1. Rounds's lawyers have done the math. The Court orders the Clerk to make the following payments using the money in the Court's registry:

- A $3,329.66 check payable to Louise Rounds. The Clerk must mail the check to Sandra Y. Harris, Attorney at Law, PLLC, P.O. Box 1052, Pine Bluff, Arkansas 71613.

- A $14,005.13 check payable to Sandra Harris. The Clerk must mail the check to Sandra Y. Harris, Attorney at Law, PLLC, P.O. Box 1052, Pine Bluff, Arkansas 71613.

- A $1,500.00 check payable to Risie Howard. The Clerk must mail the check to Risie R. Howard, Esquire, 1316 West Second Avenue, Pine Bluff, Arkansas 71601-3905.

- A $1,165.21 check, the remaining balance, payable to Southern

Heritage Health and Rehabilitation, LLC. The Clerk must mail the check to Southern Heritage's lawyer, Michael S. Moore, Friday, Eldredge & Clark, LLP, Regions Center, 400 West Capitol Avenue, Suite 2000, Little Rock, Arkansas 72201-3522.

**2.** Rounds and her lawyers must file a satisfaction of Judgment after they get the money.

**3.** Rounds's amended motions, № *126 & 128*, are granted; Rounds's motions, № *125 & 127*, are denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 May 2015